**TERENCE J. CASSIDY, SBN 099180**
**JOHN R. WHITEFLEET, SBN 213301**
**PORTER, SCOTT, WEIBERG & DELEHANT**
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706

**FREDERICK G. SOLEY, SBN 100270**
City Attorney
**ALESIA JONES-MARTIN, SBN 154420**
Assistant City Attorney
**CITY OF VALLEJO**
555 Santa Clara Street
P.O. Box 3068
Vallejo, CA 94590-5934
Telephone: (707) 648-4545
Facsimile: (707) 648-4687

ATTORNEYS FOR Defendants CITY OF VALLEJO, THOMAS LIDDICOET, KEVIN MCCARTHY, KELLY SCHROEDER, WILLIAM CLARK and JOHN WHITNEY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATEACHEEAH G. ANDERSON SALVATTO, and RICHARD SALVATTO, individually and as guardians for JAMAL THROWER, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SOLANO, CITY OF VALLEJO, COUNTY OF SOLANO SHERIFF'S DEPARTMENT, LIEUTENANT LIDDICOET, OFFICER K. MCCARTHY, VALLEJO POLICE DEPARTMENT, WATCH COMMANDER K. SCHROEDER, CORPORAL B. CLARK, OFFICER WHITNEY,<br><br>Defendants.<br>_____/ | Case No.: CIV S-04-0163 WBS GGH<br><br>**AMENDED STIPULATION AND PROPOSED ORDER MODIFYING STATUS (Pre-Trial Scheduling) ORDER AND TRIAL DATE** |

///

///

///

1

LAW OFFICES OF
**PORTER, SCOTT, WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

Plaintiffs LATEACHEEAH G. ANDERSON SALVATTO, RICHARD SALVATTO, and JAMAL THROWER, and Defendants CITY OF VALLEJO (erroneously also sued as VALLEJO POLICE DEPARTMENT) LIEUTENANT LIDDICOET, OFFICER K. MCCARTHY, WATCH COMMANDER K. SCHROEDER, CORPORAL B. CLARK and OFFICER WHITNEY (collectively "the parties"), by and through their undersigned counsel of record, hereby stipulate and agree that the Status (Pre-Trial Scheduling) Order dated April 9, 2004 should be modified. After discovery closed, the parties have engaged in good faith negotiations in hopes of resolving the matter via settlement.  The parties agree that additional time is required that is both reasonable and necessary in order to allow the parties to continue settlement negotiations without incurring additional attorney fees and costs in preparing dispositive motions that may not likely be necessary should the parties reach settlement.   Should a settlement not be achieved, the parties further agree that further proceedings, including Motion for Summary Judgment, Final Pre-Trial Conference, and Trial date should be extended to allow for the additional negotiations. Based thereon, the parties by and through their respective counsel, hereby stipulate and agree that the court's Status (Pre-Trial Scheduling) Order dated April 9, 2004 shall be modified by extending the dates as follows:

| Event | Old Date | New Date |
|---|---|---|
| Trial | January 18, 2006 | April 18, 2006 at 9:00 a.m. |
| Final Pre-trial Conference | November 7, 2005 | January 17, 2006 at 10:00 a.m. |
| Dispositive Motion Filing Deadline | September 12, 2005 | October 28, 2005 |

Dated: August 23, 2005         LAW OFFICES OF DONALD D. BEURY


By:   /s/ Donald D. Beury
Donald D. Beury
Attorneys for Plaintiffs

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

1 | Dated: August 23, 2005        PORTER, SCOTT, WEIBERG & DELEHANT
                                  A Professional Corporation
2

3                                 By:   /s/Terence J. Cassidy
                                     Terence J. Cassidy
4                                    John R. Whitefleet
                                     Attorneys for DefendantsCITY OF VALLEJO,
5                                    THOMAS LIDDICOET, KEVIN MCCARTHY,
                                     KELLY SCHROEDER, WILLIAM CLARK and
6                                    JOHN WHITNEY

7

8                                **ORDER**

9        GOOD CAUSE APPEARING HEREIN.  IT IS SO ORDERED.

10

11 | DATED:  August 24, 2005

12

13                         /s/ William B. Shubb
                           _____
                           WILLIAM B. SHUBB
14                         UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

3

**AMENDED STIP. AND PROPOSED ORDER MODIFYING STATUS (PRE-TRIAL SCHEDULING) ORDER**
00383381.WPD