**TERENCE J. CASSIDY, SBN 099180**
**JOHN R. WHITEFLEET, SBN 213301**
**PORTER, SCOTT, WEIBERG & DELEHANT**
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706

**FREDERICK G. SOLEY, SBN 100270**
City Attorney
**ALESIA JONES-MARTIN, SBN 154420**
Assistant City Attorney
**CITY OF VALLEJO**
555 Santa Clara Street
P.O. Box 3068
Vallejo, CA 94590-5934
Telephone: (707) 648-4545
Facsimile: (707) 648-4687

ATTORNEYS FOR Defendants CITY OF VALLEJO, THOMAS LIDDICOET, KEVIN MCCARTHY, KELLY SCHROEDER, WILLIAM CLARK and JOHN WHITNEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATEACHEEAH G. ANDERSON SALVATTO, and RICHARD SALVATTO, individually and as guardians for JAMAL THROWER, a minor,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SOLANO, CITY OF VALLEJO, COUNTY OF SOLANO SHERIFF'S DEPARTMENT, LIEUTENANT LIDDICOET, OFFICER K. MCCARTHY, VALLEJO POLICE DEPARTMENT, WATCH COMMANDER K. SCHROEDER, CORPORAL B. CLARK, OFFICER WHITNEY,<br><br>　　　　Defendants.<br>_____/ | Case No.: CIV S-04-0163 WBS GGH<br><br>**DECLARATION OF DEFENDANT WHITNEY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/ADJUDICATION**<br><br>**DATE:**　1:30 p.m.<br>**TIME:**　December 12, 2005<br>**CTRM:**　5<br>**JUDGE:**　Honorable William B. Shubb |

/ / /

/ / /

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1

00395239.WPD　　DECLARATION OF WHITNEY IN SUPPORT OF MSJ

I, John Whitney, declare as follows:

1. If called to testify as a witness in this matter, I can and will testify competently as to the matters of fact contained herein based upon my personal knowledge.

2. I am a sworn police officer with the Vallejo Police Department, and was on duty on January 5, 2003.

3. In the afternoon of January 5, 2003, I observed an individual I later learned to be Plaintiff JAMAL THROWER operating a motorized scooter on the sidewalk of Tennessee Street, in Vallejo, California.

4. It did not appear Plaintiff JAMAL THROWER was using the sidewalk for ingress or egress, but as a continuous travel path.

5. Based on this observation, I believe I had probable cause to stop THROWER for violation of California Vehicle Code Section 21235(g), operating a motorized scooter on a sidewalk.

6. When I asked Plaintiff THROWER for his name, he hesitated, and initially gave me a different name. When I asked him for identification, he could not produce a driver's license or any form of identification on his person. Based on this information, I believed I had probable cause that Plaintiff THROWER was in violation of Vehicle Code § 40302(a), "failure to present satisfactory identification."

7. I placed Plaintiff THROWER in handcuffs and transported him back to the Vallejo Police Station for purposes of verifying his identification.

8. I did not consider Plaintiff THROWER under arrest, but was being detained to properly identify himself and allow me to conduct an appropriate background check.

9. Once at the police station, I asked Plaintiff THROWER for a phone number of a parent or guardian, but he failed or refused to provide me with a phone number.

10. Plaintiff THROWER was not booked, photographed or fingerprinted.

11. Plaintiff THROWER was at the police station for less than an hour.

12. Ultimately, it was decided to accept Plaintiff THROWER's representations about his identity, and thus would be cited and released. I issued a citation to Plaintiff

LAW OFFICES OF
PORTER, SCOTT,
WEIBERG & DELEHANT
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1  THROWER for violation of California Vehicle Code Section 21235(g), operating a motorized
2  scooter on the sidewalk, at 1551 hours and released him.

3      13.    Later that day, dispatch informed me Plaintiff LATEACHEEAH G.
4  ANDERSON SALVATTO wished to speak to me at the Vallejo Police Department regarding
5  the citation I issued to Plaintiff THROWER.

6      14.    I met with Plaintiff LATEACHEEAH G. ANDERSON SALVATTO in the
7  lobby of the Vallejo Police Department.  I recorded our conversation.  Attached hereto as
8  Exhibit A is a true and correct copy of that taped conversation of January 5, 2003, and a copy
9  of the transcript of same.  The taped conversation is labeled VPD 018.

10      15.    Plaintiff LATEACHEEAH G. ANDERSON SALVATTO represented to me
11  she was the parent of Plaintiff THROWER, and proceeded to, in my opinion, belligerently
12  and rudely yell at me for issuing the citation to Plaintiff THROWER.

13      16.    Once it became clear to me Plaintiff LATEACHEEAH G. ANDERSON
14  SALVATTO was not willing to listen to me or be cooperative, the conversation was
15  terminated.

16      17.    At no time did I make physical contact with Plaintiff LATEACHEEAH G.
17  ANDERSON SALVATTO.

18      18.    At no time did Plaintiff LATEACHEEAH G. ANDERSON SALVATTO
19  complain to me about her prior contact with other officers, including Defendants
20  LIDDICOET and MCCARTHY.

21      19.    At no time did Plaintiff LATEACHEEAH G. ANDERSON SALVATTO
22  complain about being injured as a result of her prior contact with other officers, including
23  Defendants LIDDICOET and MCCARTHY.

24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

3

00395239.WPD       DECLARATION OF WHITNEY IN SUPPORT OF MSJ

1  I declare under penalty of perjury, under the laws of the State of California, that the
2  foregoing is true and correct.
3  Executed this 28th day of October, 2005, at Vallejo, California..

5      /s/ John Whitney (original signature retained by counsel for Defendants)
    John Whitney

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

4

00395239.WPD   DECLARATION OF WHITNEY IN SUPPORT OF MSJ