# EXHIBIT "A"

SALVATTO v. CITY OF VALLEJO
0768-0021


## TRANSCRIPTION OF AUDIO TAPE FROM VALLEJO PD

O:   Officer
S:   Salvatto


O:   You been calling?

S:   Yeah, I been calling.

O:   Okay.

S:   Is, is, is, is this the guy? It's my son, I wanted to know why he's been arrested.

O:   Well, he was.....

S:   Right, hold it, first of all I just need, first I gotta get some names (unintelligible) I need some names myself.

O2:   ....someone out here.

S:   May, may I have ah

O:   I'll write it down for you if you want.

S:   Well can you do that please?

O:   Sure, I'll even do better than that I'll give you a card...

S:   No, and what about the other guy, I want the other guy's name.

O:   I'll write it.

S:   McCarthy, McCarty, ....

O:   It sounds like you've got his name.

S:   Whatever. Give me the information please. You guys are sure a disappointment, you are, you're the commander? You're the commander? I (unintelligible) all my life on the police department and I come up against a jerk like you. Wow, you're a disappointment. You're

a disappointment. You should take the uniform off.

O: What's your name, ma'am?

S: Lateechea Salvatto, what's your name, Whitney?

O: Officer Whitney.

S: Alright let me ask you something....what happened, why did you bring my son down and detain him, put him in handcuffs and brought him down here.

O: As I explained to him....

S: No. You explain it to me.

O: Okay. I am ... if you listen for a minute I will explain it to you.

S: May I have that please?

O2: Just a second.

O: Okay. When I stopped him I explained to him if you do not have any identification, then you're subject to arrest. I brought him down to the station to verify his identification. Once I did, I gave him a citation and I released him.

S: Weren't you supposed to call me, he's a minor. You know the law, you know the law.

O: Ma'am, would you listen please? Okay. When I give juvenile citations we do not call.....

S: Is that your rule, what is the law of California? Do you know the law of California?

O: Do you want to listen ....

S: Do you know your juvenile law?

O: Would you like to listen?

S: Yeah.

O: Okay, I said...

S: Would you please quote the law for me before so I would not be more open to listen to you....

O: When....

00298182.WPD

S: Please tell me you acted within the law, and which cita.....which code that you were acting under, please.

O: If you listen I can explain it to you. We do not call every single mother and father....

S: No, what does the law tell you to do, I want to know what the law tells you to do.

O2: The law says that when we arrest people for traffic violations we do not have to call their parents.

S: Minor.

O2: Minor.

S: Minor.

O2: Minor.

S: When you detained him, when you detained him, you do have to call their parents and you know it. You know it. You know it. You know it, it'll all get figured out...you know it, you know it, you know it. You know it.

O2: ...(unintelligible) ma'am (unintelligible).

S: You know it, you know it, you know it,...

O: You have all the info you need....

S: No, I don't have all the info I need...

O: Okay....

S: I need, I need your card, or something from you.

O: I have a card my name and badge number are on your son's ticket. I explained that to him when I gave it to him.

S: Um-hum. So you brought him down here in handcuffs and you arrested him?

O: I don't put people in the back seat of my patrol car unless they are wearing handcuffs. Nobody rides in my car without handcuffs.

S: Well I mean can't you see that he was a minor, didn't you ask him?

O: I knew he was a minor.

00298182.WPD

S:      You have – so let me ask you this, you have a right to just simply take any minor off the street.

O:      If he's committing a violation and I cannot identify him. He had no identification with him. I explained all the laws to him. I told him if you commit an infraction and you have no identification I have to......

S:      Everybody rides those scooters...

O:      You need to listen....

Jamal?  I mean, I mean I seen so many a dozen policeman, I ride only (unintelligible)....

O:      Goodnight ma'am, this is not going anywhere...

S:      Wait a minute, we have a right to now we can't even speak to you? Now we can't even speak to you sir.

Jamal?  (unintelligible) police (unintelligible) problem.....

S:      We can't even speak to you now? I come down here as a citizen, and the watch commander himself.... (unintelligible) that wonderful uniform, (unintelligible) that wonderful, wonderful uniform. You ought to be ashamed of yourself. You ought to be ashamed of yourself. You do nothing for that uniform. Nothing. You should be ashamed to wear it. That's what you do. (unintelligible)

*End*