1  Jeffrey Fletcher, Esq., State Bar #142464
   Attorney at Law
2  U.S. Bank Plaza
3  Sacramento, CA 95814
   (916) 449-9937
4  (916) 419-0452 fax
   Attorney for Plaintiffs
5

6

7

8                   UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12
    LATEACHEEAH G. ANDERSON SALVATTO,)   Case No. CIV.S 04- 0163 WBS GGH
13  and RICHARD SALVATTO, individually and as )
    Guardians for JAMAL THROWER, a minor,  )
14                                         )
15       Plaintiffs,                       )   SUBSTITUTION OF ATTORNEY
                                           )
16  vs.                                    )
                                           )
17  COUNTY OF SOLANO, CITY OF VALLEJO,     )
18  COUNTY OF SOLANO SHERIFF'S             )
    DEPARTMENT, LIEUTENANT LIDDICOET,      )
19  OFFICER K. McCARTHY, VALLEJO POLICE    )
    DEPARTMENT, WATCH COMMANDER K.         )
20  SCHROEDER, CORPORAL B. CLARK,          )
21  OFFICER WHITNEY,                       )
                                           )
22       Defendants.                       )
                                          /
23

24  THE COURT AND ALL PARTIES ARE NOTIFIED THAT LATEACHEEAH G.

25  ANDERSON SALVATTO, RICHARD SALVATTO, and JAMAL THROWER, substitute their

26  current counsel, Attorney Donald Beury, for new counsel as follows:
27

28

                                    1

PDF created with pdfFactory trial version www.pdffactory.com

1  Jeffrey Fletcher
   Attorney at Law
2  U.S. Bank Plaza
   980 Ninth Street, 16th Floor
3  Sacramento, CA 95814
   (916) 449-9937
4  (916) 419-0452
5
6  DATED:  11/1/05                              /s/  LaTeacheeah G. Anderson-Salvatto
                                                LaTeacheeah G. Anderson-Salvatto
7

8  DATED: 11/1/05                               /s/  Richard Salvatto
                                                Richard Salvato
9

10
   DATED:  11/01/05                             /s/   Jamal Thrower
11                                              Jamal Thrower

12

13
   DATED:  11/04/05                             /s/  Donald Beury
14                                              Donald Beury, Attorney at Law

15 I accept this substitution.

16
17 DATED:       October 31, 2005                /s/  JeffreyFletcher
                                                Jeffrey Fletcher, Attorney at Law
18

19                                   ORDER

20    It is hereby ordered that the request for Substitution of Attorney is granted.
21
   Date:  December 1, 2005
22
23                                   _____
                                     WILLIAM B. SHUBB
24                                   UNITED STATES DISTRICT JUDGE

25

26

27

28

                                      2

PDF created with pdfFactory trial version www.pdffactory.com