UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LATEACHEEAH G. ANDERSON SALVATTO, and RICHARD SALVATTO, individually and as Guardians for JAMAL THROWER, a minor,

        Plaintiffs,

  v.

COUNTY OF SOLANO, CITY OF VALLEJO, COUNTY OF SOLANO SHERIFF'S DEPARTMENT, LIEUTENANT LIDDICOET, OFFICER K. McCARTHY, VALLEJO POLICE DEPARTMENT, WATCH COMMANDER K. SCHROEDER, CORPORAL B. CLARK, OFFICER WHITNEY,

        Defendants.

CASE NO. S-04-0163 WBS GGH

ORDER

----oo0oo----

        This matter came on for hearing on December 12, 2005. Defendants moved for summary judgment under Federal Rule of Civil Procedure 56(c), and plaintiffs responded with a Rule 56(f) motion to stay defendants' motion. After consulting with the parties, the court makes the following orders:

1

1           I.   PREVIOUS DATES AND PLEADINGS

2           This court's scheduling order of April 9, 2004, as amended on August 25, 2005, and all dates set therein, are hereby vacated. All pleadings subsequent to that scheduling order are hereby ordered stricken.

6           II.  FURTHER STATUS CONFERENCE

7           A further status conference is scheduled for March 17, 2006 at 9:00 a.m. The parties shall submit their status reports seven days before that conference. At that time, the court will consider a new scheduling order.

11          III. AMENDMENTS TO THE COMPLAINT

12          Plaintiffs have 30 days from the date of this order to file a motion to amend the complaint.

14          IV.  REOPENING OF DISCOVERY PROCEEDINGS

15          Good cause having been shown, discovery proceedings are reopened until a new deadline for discovery is established at the March 17, 2006 status conference.

18          V.   SANCTIONS

19          Pursuant to Federal Rule of Civil Procedure 56(f), which permits the court, in granting a party's motion to stay or refuse the opposing party's motion for summary judgment, to "make such other order as is just," as a condition of granting plaintiffs' request the court orders plaintiffs to pay defendants' costs incurred in preparing the motion for summary judgment. Defendants moved for summary judgment in good faith reliance on the close of discovery and pursuant to the court's scheduling order of April 9, 2004, as amended on August 25, 2005. As a result of the court's granting of plaintiffs' request the

work of defendants' counsel in preparing that motion has now been for naught.  Defendants should not be penalized for these actions.

    Defendants have submitted an affidavit, establishing attorneys fees incidental to preparing the motion in the amount of $1,462.50, and plaintiffs are ordered to pay defendants that amount.  (See Whitefeet Decl. ¶ 9.)  To the extent that plaintiffs must personally pay these fees, their remedy is against their previous attorney.

    IT IS SO ORDERED.

DATED:  December 16, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE