✎AO 133      (Rev. 4/03)  Bill of Costs

# UNITED STATES DISTRICT COURT
Eastern District of California

Salvatto, et al.,

V.

County of Solano, et al.,

## BILL OF COSTS

Case Number:    CIV S-04-0163 WBS GGH

Judgment having been entered in the above entitled action on ___3/27/2007___ against ___All Plaintiffs___ ,
                                                                        Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $207.12 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $4,139.83 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . | $815.51 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $493.20 |
| TOTAL | $5,655.66 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to:   Jeffrey A. Fletcher                                      .

Signature of Attorney: _____

Name of Attorney:   John R. Whitefleet

For:   Defendants City of Vallejo, Vallejo Police Department, Liddicoet, McCarthy,        Date:   04/05/2007
Schroeder, Clark & Whitney          Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

Marianne Matherly                    By: _____          _____
Acting Clerk of Court                         Deputy Clerk                              Date

| WITNESS FEES (See 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE ($40 per day) | | SUBSISTENCE | | MILEAGE 36¢/mile | | TOTAL |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

**Salvatto, et al. v. County of Solano, et al.**
**USDC EDCA No. CIV S-04-0163 WBS GGH**

# ATTACHMENT A

Fees for service of summons and subpoena:                                      Section 1

| **Date** | **Description** | **Cost** |
|----------|-----------------|----------|
| 07/13/04 | Aaron Meltzer, DPM - Preparation of federal subpoena for records | $112.12 |
| 11/15/04 | Aaron Meltzer, DPM - Service of Process | $95.00 |
|          |                 |          |
|          | **TOTAL:**      | 207.12   |

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case:
Section 2

| **Date** | **Description** | **Cost** |
|----------|-----------------|----------|
| 12/07/04 | Deposition of Aaron Meltzer, D.P.M. | $364.60 |
| 07/11/06 | Deposition of William Brett Clark | $327.25 |
| 07/13/06 | Depositions of Jeremy Hugg & Kevin McCarthy | $478.24 |
| 07/14/06 | Depositions of Thomas Liddicoet & Kelly Schroeder | $336.05 |
| 07/19/06 | Deposition of Corporal John Whitney | $183.10 |
| 07/25/06 | Depositions of Leslie Barden & Mary Raymos | $223.62 |
| 02/21/07 | Deposition of David A. Dusenbury | $1993.67 |
| 02/28/07 | Deposition of Jared Zwickey | $233.30 |
|          |                 |          |
|          | **TOTAL:**      | 4139.83 |

**Salvatto, et al. v. County of Solano, et al.**
**USDC EDCA No. CIV S-04-0163 WBS GGH**

Fees for exemplification and copies of papers necessarily obtained for use in this case

| Date | Description | Section 3 Cost |
|------|-------------|------|
| 06/25/04 | DeNecochea Inc., Audio cassette tape duplication | $32.33 |
| 06/30/04 | DeNecochea Inc., CD to audio cassette tape duplication | $21.55 |
| 08/26/04 | Compex Legal Services - Court Research | $142.00 |
| 06/23/05 | DeNecochea Inc., Audio cassette tape duplication | $32.33 |
| 10/31/05 | DeNecochea Inc., Audio cassette tape duplication | $21.55 |
| 08/15/06 | DeNecochea Inc., litigation copies; audio cassette tape duplication | $347.75 |
| 10/27/05 to 10/31/05 | Photocopy charges for Motion for Summary Judgment & Exhibits and Reply | $90.40 |
| 12/13/06 | Photocopy charges for Motion for Sanctions and 12/14/06 | $35.00 |
| 01/20/07 to 03/12/07 | Photocopy charges for Motion for Summary Judgment & Exhibits and Reply | $92.60 |
| | | |
| | **TOTAL:** | 815.51 |

Other Costs (please itemize)                                      Section 4

| Date | Description | Cost |
|------|-------------|------|
| 12/07/04 | Travel to/from Vallejo for Deposition of Aaron Meltzer, D.P.M. | $50.40 |
| 02/21/07 | Travel to/from Long Beach for Deposition of Dusenbury | $312.80 |
| 02/28/07 | Travel to/from Stockton for Deposition of Jared Zwickey | $50.00 |
| | | |
| | **TOTAL:** | 413.2 |

**Salvatto, et al. v. County of Solano, et al.**
**USDC EDCA No. CIV S-04-0163 WBS GGH**

Other Costs (Expert Fees as allowable pursuant to 28 U.S.C. § 1821 ($40/day); See <u>Crawford Fitting Co. v. J.T. Gibbons Inc.</u>, 482 U.S. 437, 442 (1987) and <u>Sea Coast Foods Inc., v. Lu-Mar Lobster and Shrimp, Inc.</u> 260 F.3d 1054, 1061 (9th Cir. 2001)).

Section 5

| Date | Description | Cost |
|------|-------------|------|
| 02/21/07 | David A. Dusenbury | $40.00 |
| 02/28/07 | Jared Zwickey | $40.00 |
|  |  |  |
|  | **TOTAL:** | 80 |

| | |
|---|---|
| Section 1 | 207.12 |
| Section 2 | 4139.83 |
| Section 3 | 815.51 |
| Section 4 | 413.20 |
| Section 5 | 80.00 |
| **Grand Total** | 5655.66 |

**GRAND TOTAL:**                                                      **$5655.66**

# ATTACHMENT "A"
# TO
# BILL OF COSTS

# COMPEX
## Legal Services, Inc.

IRS No. 95-4443964

RECEIVED

JUL 2 6 2004

PORTER SCOTT,
WEIBERG & DELEHANT
(916) 929-1481

OK TO PAY

Office Expense

Charge File

To Co. To Pay

By TJC

| Invoice Date: | 7/23/04 |
|---|---|
| **Total Due:** | $112.12 |

Terms: NET 10 DAYS

Account: 001996/00094625
Bill to: TERENCE J. CASSIDY
PORTER, SCOTT, WEIBERG & DELEHANT
350 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CA 95825

Remit to:
P.O. BOX 2738
TORRANCE, CA 90509-2738
(800)788-8831 x5724

| Description of Services | Quantity | Price | Extension |
|---|---|---|---|
| Request #: R358016 | | | |
| Order Date: 07/13/04 | | | |
| : TERENCE J. CASSIDY | | | |
| REF: 0768-00217SALVATTO V CITY | | | |
| Case # : CIV S-04-0163 WBS | | | |
| Case: SATEACHEEAH G. ANDERSON SALVATTO, ET AL | | | |
| V CITY OF VALLEJO, ET AL., | | | |
| Record Subject: | | | |
| LATEACHEEAH ANDERSON SALVATTO | | | |
| | | | |
| 00101    AARON MELTZER, DPM | | | |
| PREPARE FEDERAL SUBPOENA FOR RECORDS | | | |
| Basic Charge | | | 22.00 |
| Page Count | 151 | 0.25 | 37.75 |
| Field Trips | 1 | 11.00 | 11.00 |
| Phone Calls & Statuses | | | 2.60 |
| Subpoena Preparation | 1 | 8.50 | 8.50 |
| Notice to Opposing Counsel | 1 | 2.50 | 2.50 |
| Delivery/Postage | 1 | 3.00 | 3.00 |
| Witness Fee Check Amount | | | 15.00 |
| Check Fee | | | 2.50 |
| | | | |
| | Sub Total: | | 104.85 |
| | Sales Tax: | | 7.27 |
| | Sub Total: | | 112.12 |
| | Total Due: | | 112.12 |

PAID OCT 0 4 2004

| Invoice Number: | 5088744 | Date: | 7/23/04 | Page: | 1 |
|---|---|---|---|---|---|

**Please include invoice number on payment**          ORIGINAL COPY

**ONE LEGAL, INC.**
504 Redwood Blvd., Suite 223
Novato, CA 94947
(415) 491-0606

FAX: (415) 884-9954

FEIN # 94-3091764

RECEIVED

NOV 2 2 2004

PORTER, SCOTT, WEIBERG, ETAL
ATTN: Administrator
350 University Ave
P O Box 255428
Sacramento, CA 95865

**REMIT PAYMENT TO:**

ONE LEGAL, INC.
504 Redwood Blvd., Suite 223
Novato, CA 94947

(415) 491-0606



| Cust. No.: | 0006040 |
|---|---|
| Invoice No.: | 1693110 |
| Inv. Date: | 11/15/2004 |
| Due Date: | 11/30/2004 |
| Total: | $95.00 |
| Terms: | Net 15 |

| **INVOICE No.** | NOV 3 0 2004 |
|---|---|
| 1693110 | 105535. |
| Date: | 11/15/04 |
| Cust No. | 0006040 |

| Law Firm Contact: | J. Whitefleet |
|---|---|
| Client File No.: | 76821 |

Case Short Title:  Salvatto                    V.   County of Solano
Documents:   Subpoena in A Civil Case; Notice of Taking
Deposition

One Legal Branch:  SERVICE OF PROCESS
Court:  District
Description:  Served: Dr. Aaron Meltzer
1460 N. Camino Alto #206, Vallejo, Ca.

**PLEASE NOTE
NEW ADDRESS
ABOVE**

| TODAY SERVICE OF PROCESS | 75.00 |
|---|---|
| SURCHARGE | 20.00 |

OK TO PAY
☐ Office Expense
☒ Charge File
☐ To Co. To Pay
By

168-21



| Due Date | 11/30/2004 | Total This Invoice | $95.00 |
|---|---|---|---|

# DOUCETTE & ASSOCIATES
## Certified Deposition Notaries
# 1219 MARIN STREET
# VALLEJO, CALIFORNIA 94590
# (707) 554-9970

RECEIVED

JAN 0 3 2005

PORTER SCOTT,
WEIBERG & DELEHANT

**TAX ID #68-0173451**

**INVOICE NUMBER:** 11354-1

**TO:** JOHN R. WHITEFLEET, ESQ.
PORTER, SCOTT, WEIBERG
& DELEHANT
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825

**DATE:** DECEMBER 29, 2004

**SUBJECT:** SALVATTO v. COUNTY OF
SOLANO, et alii
CASE #CIV S-04-0163
WBS GGH

Reporting and transcribing deposition testimony of
AARON MELTZER, D.P.M. taken TUESDAY, DECEMBER 7, 2004
(original plus one copy). . . . . . . . . . . . . . . . . . . . <u>$364.60</u>

OK TO PAY
☐ Office Expense
☒ Charge File
☐ To Co. To Pay
By

768-21

FEB 1 4 2005
By

**\*\*NOTE\*\*** **INVOICES ARE DUE AND PAYABLE UPON RECEIPT. DELINQUENT ACCOUNTS
(OVER 30 DAYS OLD) ARE SUBJECT TO A FINANCE CHARGE OF 1.5% PER
MONTH.**

# ESQUIRE
## DEPOSITION SERVICES®
### A HOBART WEST COMPANY

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
1801 I Street, First Floor
Sacramento, CA  95814
TEL (800) 610-0505   FAX (916) 448-8726

53170   CABES01

| INVOICE NUMBER | DATE |
|---|---|
| 44053ESC | 07/19/06 |

To:
Porter, Scott, Weiberg & Delehant
350 University Avenue
Suite 200
Sacramento, CA  95825

**RECEIVED**
**JUL 2 4 2006**
PORTER SCOTT,
WEIBERG & DELEHANT

ATTN : JOHN R. WHITEFLEET

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

SEP 1 4 2006
By

YOUR REFERENCE NUMBER:

CAPTION:     SALVATTO VS. CITY OF VALLEJO

SERVICES PROVIDED ON 07/11/06:

| | | AMOUNT DUE | ENCL. |
|---|---|---|---|
| WILLIAM BRETT CLARK | 1- 110  110 PGS @ $2.18 | 239.80 | 1CC |
| SHIPPING & HANDLING | | 26.25 | |
| CONDENSED TRANSCRIPT | | 35.00 | |
| ASCII DISK | | 25.00 | |
| B&W EXHIBITS | 2 @  $0.60 | 1.20 | |

768.21

OK TO PAY
☐ Office Expense
☑ Charge File
☐ To Co. To Pay
By

BALANCE DUE

TOTAL   327.25   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 610-0505
Fax (916) 448-8726

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 53170  TOT: $327.25
INVOICE #: 44053ESC
DATE: 07/19/06

Porter, Scott, Weiberg & Delehant
Attn: JOHN R. WHITEFLEET
350 University Avenue
Suite 200
Sacramento, CA 95825



# ESQUIRE
## DEPOSITION SERVICES®
### A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# ESQUIRE
## DEPOSITION SERVICES®
### A HOBART WEST COMPANY

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
1801 I Street, First Floor
Sacramento, CA  95814
TEL (800) 610-0505   FAX (916) 448-8726

53171   CABES01

To:

Porter, Scott, Weiberg & Delehant
350 University Avenue
Suite 200
Sacramento, CA 95825

**RECEIVED**
**AUG 0 4 2006**
PORTER SCOTT,
WEIBERG & DELEHANT

| INVOICE NUMBER | DATE |
|---|---|
| 44081ESC | 07/21/06 |

ATTN : JOHN R. WHITEFLEET

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

SEP 1 4 2006
By

CAPTION:    SALVATTO VS. CITY OF VALLEJO

SERVICES PROVIDED ON 07/13/06:

| | | | AMOUNT | ENCL. |
|---|---|---|---|---|
| JEREMY HUGG | 1- 101 | 101 PGS @ $2.18 | 220.18 | 1CC |
| KEVIN McCARTHY | 1- 51 | 51 PGS @ $2.18 | 111.18 | 1CC |
| | | | | |
| SHIPPING & HANDLING | | | 26.28 | |
| CONDENSED TRANSCRIPT | | 2 @ $35.00 | 70.00 | |
| ASCII DISK | | 2 @ $25.00 | 50.00 | |
| B&W EXHIBITS | | | 0.60 | |

OK TO PAY
☐ Office Expense
☒ Charge File
☐ To Co. To Pay
By
768-21

**BALANCE DUE**

TOTAL   478.24   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 610-0505
Fax (916) 448-8726

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 53171   TOT: $478.24
INVOICE #: 44081ESC
DATE: 07/21/06

Porter, Scott, Weiberg & Delehant
Attn: JOHN R. WHITEFLEET
350 University Avenue
Suite 200
Sacramento, CA 95825



# ESQUIRE
## DEPOSITION SERVICES®
### A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



# ESQUIRE
**DEPOSITION SERVICES®**
A HOBART WEST COMPANY

Esquire Deposition Services C
A Hobart West Company
Tax ID # 22-3779684                    53172        BLAID01
1801 I Street, First Floor
Sacramento, CA  95814
TEL (800) 610-0505  FAX (916) 448-8726

To:
Porter, Scott, Weiberg & Delehant
350 University Avenue
Suite 200
Sacramento, CA 95825

ATTN : JOHN R. WHITEFLEET

**RECEIVED**
AUG 0 4 2006
PORTER SCOTT,
WEIBERG & DELEHANT

| INVOICE NUMBER | DATE |
|---|---|
| 44101ESC | 07/24/06 |

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
        SALVATTO VS. CITY OF VALLEJO

SEP 1 4 2006

SERVICES PROVIDED ON 07/14/06:
THOMAS LIDDICOET       1-  53    53 PGS @ $2.18        115.54    1CC
KELLY SCHROEDER        1-  57    57 PGS @ $2.18        124.26    1CC

SHIPPING & HANDLING                                    26.25
CONDENSED TRANSCRIPT              2 @ $35.00           70.00

OK TO PAY
☐ Office Expense
☒ Charge File
☐ To Co. To Pay
By_____
    76821

BALANCE DUE                          TOTAL    336.05   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 610-0505
Fax (916) 448-8726

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**          JOB: 53172  TOT: $336.05
P.O. Box 827829                               INVOICE #: 44101ESC
Philadelphia,PA 19182-7829                    DATE: 07/24/06
Tax ID # 22-3779684

Porter, Scott, Weiberg & Delehant
Attn: JOHN R. WHITEFLEET
350 University Avenue
Suite 200
Sacramento, CA 95825



# ESQUIRE
**DEPOSITION SERVICES®**
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



# ESQUIRE
### DEPOSITION SERVICES®
A HOBART WEST COMPANY

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
1801 I Street, First Floor
Sacramento, CA 95814
TEL (800) 610-0505  FAX (916) 448-8726

53599    DAISF01

To:
Porter, Scott, Weiberg & Delehant
350 University Avenue
Suite 200
Sacramento, CA 95825

ATTN : JOHN R. WHITEFLEET

RECEIVED
AUG 0 4 2006
PORTER SCOTT,
WEIBERG & DELEHANT

| INVOICE NUMBER | DATE |
|---|---|
| 44203ESC | 07/31/06 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:    SALVATTO VS. CITY OF VALLEJO

SEP 1 4 2006

SERVICES PROVIDED ON 07/19/06:
CORPORAL JOHN WHITNEY          1-   45   45 PGS @ $2.18       98.10    1CC

SHIPPING & HANDLING                                          25.00
CONDENSED TRANSCRIPT                                         35.00
ASCII DISK                                                   25.00

OK TO PAY
☐ Office Expense
☒ Charge File
☐ To Co. To Pay
By _____
768-21

BALANCE DUE

| TOTAL | 183.10 | Thank You! |
|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 610-0505
Fax (916) 448-8726

Please detach and send with payment
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 53599  TOT: $183.10
INVOICE #: 44203ESC
DATE: 07/31/06

Porter, Scott, Weiberg & Delehant
Attn: JOHN R. WHITEFLEET
350 University Avenue
Suite 200
Sacramento, CA 95825



# ESQUIRE
### DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



# ESQUIRE
## DEPOSITION SERVICES®
A HOBART WEST COMPANY

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
1801 I Street, First Floor
Sacramento, CA  95814
TEL (800) 610-0505  FAX (916) 448-8726

53613      BLAID01

To:
Porter, Scott, Weiberg & Delehant  **RECEIVED**
350 University Avenue
Suite 200
Sacramento, CA 95825

AUG 1 4 2006

PORTER SCOTT,
WEIBERG & DELEHANT

ATTN : JOHN R. WHITEFLEET          Due Upon Receipt

| INVOICE NUMBER | DATE |
|---|---|
| 44276ESC | 08/07/06 |

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  SALVATTO VS. CITY OF VALLEJO   SEP 1 4 2006

SERVICES PROVIDED ON 07/25/06:

| | | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|---|
| LESLIE BARDEN | 1- 21 | 21 PGS @ $2.18 | | 45.78 | 1CC |
| MARY RAYMOS | 1- 38 | 38 PGS @ $2.18 | | 82.84 | 1CC |
| SHIPPING & HANDLING | | | | 25.00 | |
| CONDENSED TRANSCRIPT | | 2 @ $35.00 | | 70.00 | |

OK TO PAY
☐ Office Expense
☒ Charge File
☐ To Co. To Pay
By _____
768-21

BALANCE DUE

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5% per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**TOTAL**   223.62   *Thank You!*

For Invoice Questions,
Please Call
(800) 610-0505
Fax (916) 448-8726

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 53613  TOT: $223.62
INVOICE #: 44276ESC
DATE: 08/07/06

Porter, Scott, Weiberg & Delehant
Attn: JOHN R. WHITEFLEET
350 University Avenue
Suite 200
Sacramento, CA 95825

# ESQUIRE
## DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# INVOICE

Kusar Court Reporters & Legal Services, Inc
Reporter Division e-mail: Depo@Kusar.com
111 W. Ocean Blvd., Suite 1200
Long Beach, CA 90802
Phone:562-437-8485   Fax:562-437-8073

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 139412 | 2/26/2007 | 1029202 |

| Job Date | Case No. |
|---|---|
| 2/21/2007 | CIVS040163WBSGGH |

| Case Name |
|---|
| Salvatto vs. County of Solano |

| Payment Terms |
|---|
| Due upon receipt |

RECEIVED
FEB 2 8 2007
PORTER SCOTT,
WEIBERG & DELEHANT

John R. Whitefleet
Porter, Scott, Weiberg & Delephant
350 University Avenue
Suite 200
Sacramento, CA 95825

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

David A. Dusenbury                                          1,993.67

**TOTAL DUE >>>**        **$1,993.67**

Deposit of $300 applied.

Thank you for your business. Visit www.kusar.com to see
our new look and the great services available to you!

(-) Payments/Credits:               300.00
(+) Finance Charges/Debits:           0.00
(=) New Balance:              **$1,693.67**

C.O.D. Paid in full

**Tax ID:** 33-0228098

*Please detach bottom portion and return with payment.*

John R. Whitefleet
Porter, Scott, Weiberg & Delephant
350 University Avenue
Suite 200
Sacramento, CA 95825

| | | |
|---|---|---|
| Invoice No. | : | 139412 |
| Invoice Date | : | 2/26/2007 |
| **Total Due** | : | **$ 1,693.67** |

| | | |
|---|---|---|
| Job No. | : | 1029202 |
| BU ID | : | 1-RPT |
| Case No. | : | CIVS040163WBSGGH |
| Case Name | : | Salvatto vs. County of Solano |

Remit To:  **Kusar Court Reporters & Legal Services, Inc**
**Reporter Division e-mail: Depo@Kusar.com**
**111 W. Ocean Blvd., Suite 1200**
**Long Beach, CA 90802**

PORTER, SCOTT, WEIBERG & DELEHANT
Sacramento, California 95825

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | CHECK 116445 NET AMOUNT |
|------|-------------|-----------|--------|-----------------|-------------------------|
| 02/13/07 | 4486 KUSAR COURT REPORTERS' & LEGAL FILING FEE FOR DEPOSITION ON 02/21/07 | 0768.0021 | 300.00 | | 300.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: | Ded: | Net: |
|------------|----------------|----------|--------|------|------|
| 02/13/07 | 116445 | | 300.00 | 0.00 | 300.00 |

**ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER • SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES**

LAW OFFICES OF
**PORTER, SCOTT, WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVENUE • SUITE 200
SACRAMENTO, CALIFORNIA 95825

**US bank.** US BANK OF CALIFORNIA
1440 Ethan Way
Sacramento, CA 95825
90-2267/1211

116445

*** THREE HUNDRED & 00/100 DOLLARS

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 02/13/07 | 116445 | ****$300.00 |

PAY
TO THE
ORDER
OF:

KUSAR COURT REPORTERS & LEGAL
111 W. OCEAN BLVD., STE. 1200
SERVICES, INC.
LONG BEACH CA 90802

⑈116445⑈ ⑆121122267⑆ 15340000750 3⑈

**THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE • RED IMAGE DISAPPEARS WITH HEAT.**



# FACSIMILE TRANSMITTAL

**COURT REPORTERS & LITIGATION SUPPORT SERVICES, INC.**
111 West Ocean Boulevard, Suite 1200, Long Beach, CA 90802
562.437.8485 (Office)          562.437.8073 (Facsimile)
E-MAIL: DEPO@KUSAR.COM

| TO: | Cynthia | FROM: | Aurora |
|---|---|---|---|
| FAX: | 916-927-3706 | PAGES: | 1, including cover |
| TIME: | 12:45 | DATE: | 02/12/07 |

RE:    Deposit for Salvatto vs. County of Solano, scheduled 02/21/07

☐ Urgent          ☐ For Review          ☐ Per your request          ☐ Please Reply          ☐ Please process
for payment

Kusar Court Reporters requires a $300 deposit with all new or out-of-state clients. This amount will be applied to the total cost of the deposition transcript. The balance will be on a C.O.D. basis. Any refund owed to you will be delivered with the transcript or refunded to the credit card.

If the deposition cancels after 4:00 pm on the day prior to the deposition date, a $150.00 late cancellation fee will apply.

Please make your check payable to Kusar Court Reporters, or if you prefer, we do accept Visa, MasterCard and American Express. Our Tax I.D. number is 033-0228098.

Thank you for your attention in this matter. We look forward to doing business with you.

## DEPOSIT PAYMENT BY CREDIT CARD:

Cardholder's Name: _____

Signature: _____

Card #: _____          Exp: ____/____          Code: _____

Credit Card Billing Address:_____

_____

_____

# CDR

# I N V O I C E

California Deposition Reporters • 209-478-3377, Fax: 209-478-7051
2509 West March Lane, Stockton, CA 95207-6521

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 270957 | 03/14/2007 | 01-51393 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/28/2007 | PEYTB1 | |

**RECEIVED**
UPS 9:10
MAR 1 5 2007
PORTER SCOTT,
WEIBERG & DELEHANT

John R. Whitefleet
Porter, Scott, Weiberg & Delehant
350 University Avenue
Suite 200
Sacramento, CA 95825

| CASE CAPTION |
|---|
| Salvatto vs. City of Vallejo |
| **TERMS** |
| Due upon receipt |

```
 1 CERTIFIED COPY OF TRANSCRIPT OF:                              185.65
    Zared Zwickey                                                  7.65
           EXHIBITS                                               20.00
           CCP 2025 Processing Fee       768.0021                 15.00
           E-Mail Transcript                                       5.00
           UPS Charges

                                  TOTAL   DUE   >>>>              233.30

                              AFTER 04/13/2007 PAY                256.63
```

OK TO PAY
☐ Office Expense
☑ Charge File
☐ To Co. To Pay
By _____

**TAX ID NO.:** 91-2141572

(916) 929-1481    Fax (916) 927-3706

*Please detach bottom portion and return with payment.*

---

John R. Whitefleet
Porter, Scott, Weiberg & Delehant
350 University Avenue
Suite 200
Sacramento, CA 95825

```
Invoice No.:  270957
Date       :  03/14/2007
TOTAL DUE  :    233.30
AFTER 4/13/2007 PAY :  256.63


Job No.    :  01-51393
Case No.   :
Salvatto vs. City of Vallejo
```

Remit To:   **California Deposition Reporters**
**2509 W. March Lane**
**Suite 160**
**Stockton, CA 95207-6521**

# INVOICE

*De Necochea Inc.*

*More than a copy service.....*

400 Capitol Mall, Suite 690
Sacramento, CA 95814
Tel  (916) 444-1414
Fax (916) 444-1011

RECEIVED

JUN 2 8 2004

PORTER SCOTT,
WEIBERG & DELEHANT

| DATE | INVOICE # |
|---|---|
| 6/25/2004 | 24604 |



| BILL TO | YOUR BILLING REFERENCE |
|---|---|
| **Porter Scott Wieberg & Delehant**<br>**350 University Ave., Suite 200**<br>**Sacramento, CA. 95825**<br><br>**Attn:  Sandra Chapman** | 0768-0021<br>~~Saluato~~ v. Ci Vallejo<br>Salvato<br><br>Salvatto |

SEP 0 8 2004

| TERMS | DUE DATE | DELIVERY DATE |
|---|---|---|
| Net 10 | 7/5/2004 | 6/25/2004 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2 | Convert from CD to Full size Audio cassette tape | 15.00 | 30.00T |
|  | CA Sales Tax | 7.75% | 2.33 |

OK TO PAY
☐ Office Expense
☒ Charge File
☐ To Co. To Pay
By

*Thank you for your business.*

| **Total** | **$32.33** |
|---|---|

Federal Tax ID No. 94-3383741

**Please Reference Invoice No. with Payment**

# De Necochea Inc.

*More than a copy service.....*

400 Capitol Mall • Suite 690 • Sacramento • California • 95814
Tel: (916) 444-1414   Fax: (916) 444-1011
e-mail: denecochea@aol.com

**Job #** 24604

Account Manager: _____

Written By: _____ Sam

| | |
|---|---|
| Order Date: 6/23/04 | Due: 6/24/04 @ _____ am / pm / RUSH |
| Requested by: Sandra Chapman | Tel # 909-1471 x34 |
| Firm Name: Porter Scott | # of Originals _____ 1 |
| Address: _____ | # of Copies (total sets) 2 copies |
| Client Matter # 0768 - 0021 | Bill To: Perla Zaat |
| (Add'l Billing Info) Salvato v. Ci Vallejo | |
| Job Grade: A B C D E   Quote: $ _____ | |

## COPY INSTRUCTIONS

| Copy | | Do We Label/Copy ? |
|---|---|---|
| ☐ | Copy As Original (Size for Size ) | Y / N |
| ☐ | Tagged Originals: Copy Only_____ | ☐ ☐ File Folder Labels _____ |
| ☐ | Single Sided Copy (1:1 / 2:1) | ☐ ☐ Redweld Labels _____ |
| ☐ | Double Sided Copy (2:2 / 1:2) | ☐ ☐ Post-it Notes (R&R) _____ |
| ☐ | All 8.5 x 11 | ☐ ☐ Flags (R&R) _____ |
| ☐ | Color Originals: B/W  or  COLOR | ☐ ☐ Index Tabs (Match / Copy) _____ |
| ☐ | RIP from Disk / Download & RIP from E-Mail | ☐ ☐ Spines _____ |
| ☐ | Reduce/Enlarge to: _____ B/W or Color | ☐ ☐ Slip Sheets _____ |
| ☐ | Oversize Copies - B/W or Color — Fold or Roll | ☐ ☐ Standard Language _____ |
| ☐ | Stock:_____ | ☐ ☐ Blank Index Tabs _____ |
| ☐ | Scan Docs to CD - PDF / TIF / JPEG | ☐ ☐ Covers _____ |

## FINISHING / BATES NUMBERING / OTHER SERVICES

**Originals:**

| | |
|---|---|
| ☐ | Re-Bind the same as prior to copying |
| ☐ | Staple |
| ☐ | Clip |
| ☐ | Rubber Band |
| ☐ | Drill: 2 Hole or 3 Hole |
| ☐ | GBC Spiral  or VELO or ACCO |
| ☐ | Foam Core Mount / Laminate / Pad |
| ☐ | Bates Numbering - Originals |

Starting No.: _____

**Copies:**

| | |
|---|---|
| ☐ | Bind same as Originals - Collate or Group |
| ☐ | Staple |
| ☐ | Clip |
| ☐ | Rubber Band |
| ☐ | Drill: 2 Hole or  3 Hole |
| ☐ | GBC Spiral or VELO or ACCO |
| ☐ | Foam Core Mount / Laminate / Pad |
| ☐ | Bates Numbering - Copies |

Starting No.: _____

## SPECIAL INSTRUCTIONS:

_____

_____

_____

## CD / DISC /AUDIO / VIDEO - DUPLICATION:

| | |
|---|---|
| ☐ | Audio Cassette:   60 min / 90 min |
| ☐ | Video Duplication:  VHS / 8mm / VHS-C |
| ☒ | Convert from  CD  to full size VHS |
| ☐ | Burn CD / Copy Disc to Disc - CD - Zip |



# INVOICE

## De Necochea Inc.

*More than a copy service.....*

400 Capitol Mall, Suite 690
Sacramento, CA 95814
Tel  (916) 444-1414
Fax (916) 444-1011

RECEIVED

JUL 0 7 2004

PORTER SCOTT,
WEIBERG & DELEHANT

| DATE | INVOICE # |
|------|-----------|
| 6/30/2004 | 24645 |

| BILL TO | YOUR BILLING REFERENCE |
|---------|------------------------|
| **Porter Scott Wieberg & Delehant**<br>**350 University Ave., Suite 200**<br>**Sacramento, CA. 95825**<br><br>**Attn:   Sandra Chapman** | 0768-0021<br>Salustro v. Ci of Vallejo<br>Salustro |

| TERMS | DUE DATE | DELIVERY DATE |
|-------|----------|---------------|
| Net 10 | 7/10/2004 | 6/30/2004 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 2 | CD to Audio cassette tape.   SEP 0 8 2004 | 10.00 | 20.00T |
|   | CA Sales Tax | 7.75% | 1.55 |

OK TO PAY
☐ Office Expense
☑ Charge File
☐ To Co. To Pay
By

CALIFORNIA SMALL BUSINESS
19929

*Thank you for your business.*

| **Total** | **$21.55** |
|-----------|------------|

| Federal Tax ID No. 94-3383741 | **Please Reference Invoice No. with Payment** |
|-------------------------------|-----------------------------------------------|

# De Necochea Inc.

*More than a copy service.....*

400 Capitol Mall • Suite 690 • Sacramento • California • 95814
Tel: (916) 444-1414   Fax: (916) 444-1011
e-mail: denecochea@aol.com

**Job #** 24645

**Account Manager:** _____

**Written By:** _____

| | |
|---|---|
| Order Date: 10/28/04 | Due: 10/29 @ _____ am / pm / RUSH |
| Requested by: Sandra Chapman | Tel # 929-1481 |
| Firm Name: Porter Scott | # of Originals _____ 1 |
| Address: Porter Scott | # of Copies (total sets) 2 |
| Client Matter # 07168-0091 | Bill To: Porter Scott |
| (Add'l Billing Info) Salvato v. Ci of Vallejo | |
| Job Grade: A B C D E   Quote: $ _____ | |

## COPY INSTRUCTIONS

- [ ] Copy As Original (Size for Size )
- [ ] Tagged Originals: Copy Only _____
- [ ] Single Sided Copy (1:1 / 2:1)
- [ ] Double Sided Copy (2:2 / 1:2)
- [ ] All 8.5 x 11
- [ ] Color Originals: B/W or COLOR
- [ ] RIP from Disk / Download & RIP from E-Mail
- [ ] Reduce/Enlarge to: _____ B/W or Color
- [ ] Oversize Copies - B/W or Color — Fold or Roll
- [ ] Stock: _____
- [ ] Scan Docs to CD - PDF / TIF / JPEG

**Do We Label/Copy ?**
Y / N

| Y | N | |
|---|---|---|
| [ ] | [ ] | File Folder Labels _____ |
| [ ] | [ ] | Redweld Labels _____ |
| [ ] | [ ] | Post-it Notes (R&R) _____ |
| [ ] | [ ] | Flags (R&R) _____ |
| [ ] | [ ] | Index Tabs (Match / Copy) _____ |
| [ ] | [ ] | Spines _____ |
| [ ] | [ ] | Slip Sheets _____ |
| [ ] | [ ] | Standard Language _____ |
| [ ] | [ ] | Blank Index Tabs _____ |
| [ ] | [ ] | Covers _____ |

## FINISHING / BATES NUMBERING / OTHER SERVICES

**Originals:**
- [ ] Re-Bind the same as prior to copying
- [ ] Staple
- [ ] Clip
- [ ] Rubber Band
- [ ] Drill: 2 Hole or 3 Hole
- [ ] GBC Spiral or VELO or ACCO
- [ ] Foam Core Mount / Laminate / Pad
- [ ] Bates Numbering - Originals

Starting No.: _____

**Copies:**
- [ ] Bind same as Originals - Collate or Group
- [ ] Staple
- [ ] Clip
- [ ] Rubber Band
- [ ] Drill: 2 Hole or 3 Hole
- [ ] GBC Spiral or VELO or ACCO
- [ ] Foam Core Mount / Laminate / Pad
- [ ] Bates Numbering - Copies

Starting No.: _____

**SPECIAL INSTRUCTIONS:**
_____
_____
_____

**CD / DISC /AUDIO / VIDEO - DUPLICATION:**
- [ ] Audio Cassette:   60 min / 90 min
- [ ] Video Duplication:   VHS / 8mm / VHS-C
- [ ] Convert from ( 1 ) to full size cass
- [ ] Burn CD / Copy Disc to Disc - CD - Zip

# COMPLY
**INVOICE**

*Legal Services, Inc.*

Please Remit Payment · 325 South Maple Avenue
Torrance, CA 90503
Fax (800) 989-2542 of (888) 426-6739
FED Tax# 95-4443964

RECEIVED

SEP 0 7 2004

PORTER SCOTT,
WEIBERG & DELEHANT

| INVOICE NUMBER |
| --- |
| 027613 |

| ON RECEIPT |
| --- |

BILL TO: PSWD 001996

PORTER, SCOTT, WEIBERG & DELEH
350 UNIVERSITY AVENUE
SUITE 200
SACRAMENTO CA 95825

REQUESTED BY: PSWD 001996
PORTER, SCOTT, WEIBERG & DELEH
350 UNIVERSITY AVENUE
SUITE 200
SACRAMENTO CA 95825

ATTENTION: SANDY CHAPMAN

ADJUSTER: Terrance John Cassidy
CLAIM #:
INSURED:

Date of Loss:

CASE TITLE: PEOPLE V SALVATTO      768-21
CASE #: VCR165245
CLIENT FILE NUMBER: SALVATTO V CITY OF VALLEJ

COURT: SOLANO SUPERIOR COURT
VALLEJO-BENICIA JUDI DIST

## SERVICE INFORMATION

PARTY TO SERVE: SOLANO COUNTY SUPERIOR COURT

ADDRESS: UNKNOWN

SERVED TO:
TITLE:
DATE:       OCT 2 7 2004
TIME:
By

## REPORT

OK TO PAY
☐ Office Expense
☒ Charge File
☐ To Co To Pay
By

## BILLING INFORMATION

| | |
| --- | ---: |
| 10-DAY -- COURT RESEARCH | 45.00 |
| COURT FEES CHK # 4609795    08/24/04 | 47.00 |
| WITNESS FEE/FILING FEE ADVANCE - 10%  $5.00 MIN. | 5.00 |
| COURT RESEARCH @$40.00 AN HOUR | 20.00 |
| OUT OF AREA - SOLANO COUNTY | 20.00 |
| POSTAGE | 5.00 |

| BILLING DATE: | 08/26/04 | TOTAL AMOUNT DUE >>>> | 142.00 |
| --- | --- | --- | ---: |

When paying by invoice, please indicate invoice number. If statement client - this invoice will appear on your monthly statement.

THANK YOU FOR USING COMPEX SPECIAL SERVICES.



# INVOICE

**De Recorded Inc.**
*More than a copy service.....*

400 Capitol Mall, Suite 690
Sacramento, CA 95814
Tel (916) 444-1414
Fax (916) 444-1011

RECEIVED

JUN 2 7 2005

PORTER SCOTT,
WEIBERG & DELEHANT

| | DATE | INVOICE # |
|---|---|---|
| | 6/23/2005 | 29590 |

**BILL TO**

Porter Scott Wieberg & Delehant
350 University Ave., Suite 200
Sacramento, CA. 95825

Attn: Sandy Chapman

AUG 0 5 2005

**YOUR BILLING REFERENCE**

0768-0021
Salvatto v. Ci Vallejo

| TERMS | DUE DATE | DELIVERY DATE |
|---|---|---|
| net 15 | 7/8/2005 | 6/23/2005 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 3 | Audio cassette tape duplication | 10.00 | 30.00T |
| | CA Sales Tax | 7.75% | 2.33 |

OK TO PAY
☐ Office Expense
☑ Charge File
☐ To Co. To Pay
By ____

*Thank you for your business.*

| **Total** | **$32.33** |
|---|---|

| Federal Tax ID No. 94-3383741 | **Please Reference Invoice No. with Payment** |
|---|---|

# De Necochea Inc.

*More than a copy service.....*

400 Capitol Mall • Suite 690 • Sacramento • California • 95814
Tel: (916) 444-1414   Fax: (916) 444-1011
e-mail: denecochea@aol.com

Account Manager: _____
Written By: _Pete_ _____

| | | | |
|---|---|---|---|
| Order Date: _6/23/05_ | Due: _6/24/05_ @ _____ am / pm / RUSH | | |
| Requested by: _Sandy Chapman_ | Tel # _729-1481 X 364_ | | |
| Firm Name: _Porter Scott_ | # of Originals ____1____ | | |
| Address: _____ | # of Copies (total sets) _3 copies_ | | |
| _____ | Bill To: _Porter Scott_ | | |
| Client Matter # _07769.0021_ (Add'l Billing Info) _Salvatto v. Ci Vallejo_ | | | |
| Job Grade: A B C D E   Quote: $ _____ | | | |

## COPY INSTRUCTIONS

- [ ] Copy As Original (Size for Size )
- [ ] Tagged Originals: Copy Only _____
- [ ] Single Sided Copy (1:1 / 2:1)
- [ ] Double Sided Copy (2:2 / 1:2)
- [ ] All 8.5 x 11
- [ ] Color Originals: B/W or COLOR
- [ ] RIP from Disk / Download & RIP from E-Mail
- [ ] Reduce/Enlarge to: _____ B/W or Color
- [ ] Oversize Copies - B/W or Color — Fold or Roll
- [ ] Stock: _____
- [ ] Scan Docs to CD - PDF / TIF / JPEG

**Do We Label/Copy ?**

| Y | N | |
|---|---|---|
| [ ] | [ ] | File Folder Labels _____ |
| [ ] | [ ] | Redweld Labels _____ |
| [ ] | [ ] | Post-it Notes (R&R) _____ |
| [ ] | [ ] | Flags (R&R) _____ |
| [ ] | [ ] | Index Tabs (Match / Copy) _____ |
| [ ] | [ ] | Spines _____ |
| [✓] | [ ] | Slip Sheets _____ |
| [ ] | [ ] | Standard Language _____ |
| [ ] | [ ] | Blank Index Tabs _____ |
| [ ] | [ ] | Covers _____ |

## FINISHING / BATES NUMBERING / OTHER SERVICES

**Originals:**
- [ ] Re-Bind the same as prior to copying
- [ ] Staple
- [ ] Clip
- [ ] Rubber Band
- [ ] Drill: 2 Hole or 3 Hole
- [ ] GBC Spiral or VELO or ACCO
- [ ] Foam Core Mount / Laminate / Pad
- [ ] Bates Numbering - Originals

Starting No.: _____

**Copies:**
- [ ] Bind same as Originals - Collate or Group
- [ ] Staple
- [ ] Clip
- [ ] Rubber Band
- [ ] Drill: 2 Hole or 3 Hole
- [ ] GBC Spiral or VELO or ACCO
- [ ] Foam Core Mount / Laminate / Pad
- [ ] Bates Numbering - Copies

Starting No.: _____

**SPECIAL INSTRUCTIONS:**
_____
_____
_____
_____

**CD / DISC / AUDIO / VIDEO - DUPLICATION:**
- [✓] Audio Cassette:   60 min / 90 min
- [ ] Video Duplication:   VHS / 8mm / VHS-C
- [ ] Convert from _____ to _____
- [ ] Burn CD / Copy Disc to Disc - CD - Zip

# De Necochea Inc.
*More than a copy service.....*

400 Capitol Mall, Suite 690
Sacramento, CA 95814
Tel (916) 444-1414
Fax (916) 444-1011

**RECEIVED**

NOV 0 2 2005

PORTER SCOTT,
WEIBERG & DELEHANT

# INVOICE

| DATE | INVOICE # |
|---|---|
| 10/31/2005 | 31183 |

| BILL TO | YOUR BILLING REFERENCE |
|---|---|
| **Porter Scott Wieberg & Delehant**<br>**350 University Ave., Suite 200**<br>**Sacramento, CA. 95825**<br><br>**Attn:  Sandra Chapman** | 0768-0021<br>Salvatto v. Ci Vallejo |

PAID
DEC 2 7 2005
By

| TERMS | DUE DATE | DELIVERY DATE |
|---|---|---|
| net 15 | 11/15/2005 | 10/26/2005 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2 | Audio cassette tape duplication | 10.00 | 20.00T |
|  | CA Sales Tax | 7.75% | 1.55 |

OK TO PAY
☐ Office Expense
☒ Charge File
☐ To Co To Pay
By

| *Thank you for your business.* | **Total** | **$21.55** |
|---|---|---|

| Federal Tax ID No. 94-3383741 | **Please Reference Invoice No. with Payment** |
|---|---|

# *De Necochea Inc.*

*More than a copy service.....*

400 Capitol Mall • Suite 690 • Sacramento • California • 95814
Tel: (916) 444-1414   Fax: (916) 444-1011
e-mail: denecochea@aol.com

Job # _____

Account Manager: _____

Written By: ____ *Pete*

| | |
|---|---|
| Order Date: _____ Due: _____ @ _____ am / pm / RUSH | |
| Requested by: _____ | Tel # _____ |
| Firm Name: _____ | # of Originals _____ |
| Address: _____ | # of Copies (total sets) _____ |
| Client Matter # _____ (Add'l Billing Info) _____ | Bill To: _____ |
| Job Grade: A  B  C  D  E   Quote: $ _____ | |

## COPY INSTRUCTIONS

**Do We Label/Copy?**
Y / N

- [ ] Copy As Original (Size for Size )
- [ ] Tagged Originals: Copy Only _____
- [ ] Single Sided Copy (1:1 / 2:1)
- [ ] Double Sided Copy (2:2 / 1:2)
- [ ] All 8.5 x 11
- [ ] Color Originals: B/W  or  COLOR
- [ ] RIP from Disk / Download & RIP from E-Mail
- [ ] Reduce/Enlarge to: _____ B/W or Color
- [ ] Oversize Copies - B/W or Color — Fold or Roll
- [ ] Stock: _____
- [ ] Scan Docs to CD - PDF / TIF / JPEG

- [ ] [ ] File Folder Labels _____
- [ ] [ ] Redweld Labels _____
- [ ] [ ] Post-it Notes (R&R) _____
- [ ] [ ] Flags (R&R) _____
- [ ] [ ] Index Tabs (Match / Copy) _____
- [ ] [ ] Spines _____
- [ ] [ ] Slip Sheets _____
- [ ] [ ] Standard Language _____
- [ ] [ ] Blank Index Tabs _____
- [ ] [ ] Covers _____

## FINISHING / BATES NUMBERING / OTHER SERVICES

**Originals:**

- [ ] Re-Bind the same as prior to copying
- [ ] Staple
- [ ] Clip
- [ ] Rubber Band
- [ ] Drill: 2 Hole or 3 Hole
- [ ] GBC Spiral or VELO or ACCO
- [ ] Foam Core Mount / Laminate / Pad
- [ ] Bates Numbering - Originals

Starting No.: _____

**Copies:**

- [ ] Bind same as Originals - Collate or Group
- [ ] Staple
- [ ] Clip
- [ ] Rubber Band
- [ ] Drill: 2 Hole or 3 Hole
- [ ] GBC Spiral or VELO or ACCO
- [ ] Foam Core Mount / Laminate / Pad
- [ ] Bates Numbering - Copies

Starting No.: _____

**SPECIAL INSTRUCTIONS:**

_____

**CD / DISC /AUDIO / VIDEO - DUPLICATION:**

- [ ] Audio Cassette:   60 min / 90 min
- [ ] Video Duplication:  VHS / 8mm / VHS-C
- [ ] Convert from _____ to _____
- [ ] Burn CD / Copy Disc to Disc - CD - Zip

# INVOICE

*De Necochea Inc.*

PROFESSIONAL COPY & PRINT SERVICES

RECEIVED

AUG 1 7 2006

PORTER SCOTT,
WEIBERG & DELEHANT

| DATE | INVOICE # |
|------|-----------|
| 8/15/2006 | 34579 |

400 Capitol Mall, Suite 690
Sacramento, CA 95814
Tel (916) 444-1414
Fax (916) 444-1011

| BILL TO | YOUR BILLING REFERENCE |
|---------|------------------------|
| **Porter Scott Wieberg & Delehant**<br>**350 University Ave., Suite 200**<br>**Sacramento, CA. 95825**<br><br>Attn:   Sandy Chapman | 0768-0021<br>Salvatto v. City of Vallejo |

PAID
OCT 1 2 2006
By

| TERMS | DUE DATE | DELIVERY DATE |
|-------|----------|---------------|
| net 15 | 8/30/2006 | 8/15/2006 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 2,022 | Litigation Copies | 0.12 | 242.64T |
| 22 | Pre-printed Tabs | 0.30 | 6.60T |
| 18 | Custom Tabs | 0.75 | 13.50T |
| 6 | Audio cassette tape duplication | 10.00 | 60.00T |
|  | CA Sales Tax | 7.75% | 25.01 |

OK TO PAY
☐ Office Expense
☒ Charge File
☐ To Co. To Pay
By

CALIFORNIA SMALL BUSINESS 1929

*It's a pleasure working with you.*

| **Total** | **$347.75** |
|-----------|-------------|

Federal Tax ID No. 94-3383741

**Please Reference Invoice No. with Payment**

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|--------|-----------|------|-----|-----|------|--------|--|-------|

**Tcode 856 PHOTOCOPYING CHARGES @.20 PER PAGE**

| Client | Trans Date | Tmkr | P | Tcd | Rate | Amount | Description | Ref # |
|--------|-----------|------|---|-----|------|--------|-------------|-------|
| 768.0021 | 10/31/2005 | 65 | A | 856 | 0.200 | 7.80 | PHOTOCOPY CHARGES @ .20 PER PAGE - 39 (PLEADING) 10/31/2005 CITY OF VALLEJO SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | ARCH |
| 768.0021 | 10/27/2005 | 65 | A | 856 | 0.200 | 13.20 | PHOTOCOPY CHARGES @ .20 PER PAGE - 66 (EXHIBITS) 10/27/2005 CITY OF VALLEJO SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | ARCH |
| 768.0021 | 10/27/2005 | 65 | A | 856 | 0.200 | 0.60 | PHOTOCOPY CHARGES @ .20 PER PAGE - 3 (EXHIBITS) 10/27/2005 CITY OF VALLEJO SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | ARCH |
| 768.0021 | 10/27/2005 | 65 | A | 856 | 0.200 | 2.80 | PHOTOCOPY CHARGES @ .20 PER PAGE - 14 (EXHIBITS) 10/27/2005 CITY OF VALLEJO SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | ARCH |
| 768.0021 | 10/31/2005 | 65 | A | 856 | 0.200 | 32.80 | PHOTOCOPY CHARGES @ .20 PER PAGE - 164 (PLEADING) 10/31/2005 CITY OF VALLEJO SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | ARCH |
| 768.0021 | 10/31/2005 | 65 | A | 856 | 0.200 | 12.80 | PHOTOCOPY CHARGES @ .20 PER PAGE - 64 (PLEADING) 10/31/2005 CITY OF VALLEJO SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | ARCH |
| 768.0021 | 10/31/2005 | 65 | A | 856 | 0.200 | 20.20 | PHOTOCOPY CHARGES @ .20 PER PAGE - 101 (PLEADING) 10/31/2005 | ARCH |

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|--------|-----------|------|-----|-----|------|--------|---|-------|

Tcode 856 PHOTOCOPYING CHARGES @.20 PER PAGE

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|--------|-----------|------|-----|-----|------|--------|---|-------|
| | | | | | | | SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | |
| 768.0021 | 12/13/2006 | 65 | A | 856 | 0.200 | 1.40 | PHOTOCOPY CHARGES @ .20 PER PAGE - 7 (EXHIBITS) 12/13/2006 CITY OF VALLEJO | ARCH |
| | | | | | | | SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | |
| 768.0021 | 12/13/2006 | 65 | A | 856 | 0.200 | 16.40 | PHOTOCOPY CHARGES @ .20 PER PAGE - 82 (PLEADING) 12/13/2006 CITY OF VALLEJO | ARCH |
| | | | | | | | SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | |
| 768.0021 | 12/14/2006 | 65 | A | 856 | 0.200 | 17.20 | PHOTOCOPY CHARGES @ .20 PER PAGE - 86 (PLEADING) 12/14/2006 CITY OF VALLEJO | ARCH |
| | | | | | | | SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | |
| ~~768.0021~~ | ~~12/21/2006~~ | ~~65~~ | ~~A~~ | ~~856~~ | ~~0.200~~ | ~~9.40~~ | ~~PHOTOCOPY CHARGES @ .20 PER PAGE - 47 (MISCELLANEOUS) 12/21/2006~~ ~~CITY OF VALLEJO~~ | ~~ARCH~~ |
| | | | | | | | SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | |
| 768.0021 | 01/22/2007 | 65 | A | 856 | 0.200 | 1.40 | PHOTOCOPY CHARGES @ .20 PER PAGE - 7 (DEPOSITION TRANSCRIPTS) 01/22/2007 CITY OF VALLEJO | ARCH |
| | | | | | | | SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | |
| 768.0021 | 01/25/2007 | 65 | A | 856 | 0.200 | 2.40 | PHOTOCOPY CHARGES @ .20 PER PAGE - 12 (DEPOSITION TRANSCRIPTS) 01/25/2007 CITY OF VALLEJO | ARCH |
| | | | | | | | SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | |
| 768.0021 | 01/30/2007 | 65 | A | 856 | 0.200 | 19.40 | PHOTOCOPY CHARGES @ .20 PER PAGE - 97 (EXHIBITS) 01/30/2007 CITY OF VALLEJO | ARCH |
| | | | | | | | SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | |

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|--------|-----------|------|-----|-----|------|--------|---|-------|

## Tcode 856 PHOTOCOPYING CHARGES @.20 PER PAGE

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|--------|-----------|------|-----|-----|------|--------|---|-------|
| 768.0021 | 02/01/2007 | 65 | P | 856 | 0.200 | 12.00 | PHOTOCOPY CHARGES @ .20 PER PAGE - 60 (EXHIBITS) 02/01/2007<br>CITY OF VALLEJO<br>SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | 179 |
| 768.0021 | 02/02/2007 | 65 | P | 856 | 0.200 | 3.80 | PHOTOCOPY CHARGES @ .20 PER PAGE - 19 (EXHIBITS) 02/02/2007<br>CITY OF VALLEJO<br>SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | 183 |
| 768.0021 | 02/02/2007 | 65 | P | 856 | 0.200 | 0.40 | PHOTOCOPY CHARGES @ .20 PER PAGE - 2 (EXHIBITS) 02/02/2007<br>CITY OF VALLEJO<br>SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | 184 |
| 768.0021 | 02/02/2007 | 65 | P | 856 | 0.200 | 35.60 | PHOTOCOPY CHARGES @ .20 PER PAGE - 178 (MISCELLANEOUS)<br>02/02/2007<br>CITY OF VALLEJO<br>SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | 185 |
| 768.0021 | 02/02/2007 | 65 | P | 856 | 0.200 | 1.00 | PHOTOCOPY CHARGES @ .20 PER PAGE - 5 (MISCELLANEOUS)<br>02/02/2007<br>CITY OF VALLEJO<br>SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | 186 |
| 768.0021 | 03/07/2007 | 65 | P | 856 | 0.200 | 16.60 | PHOTOCOPY CHARGES @ .20 PER PAGE - 83 (PLEADING) 03/07/2007<br>CITY OF VALLEJO<br>SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | 212 |

**Total for Tcode 856**     Billable     591.80   PHOTOCOPYING CHARGES @.20 PER PAGE

## Tcode 858 PHOTOCOPYING CHARGES @.30 PER PAGE

| 768.0021 | 03/05/2004 | 65 | A | 858 | | 2.70 | PHOTOCOPY CHARGES @ .30 PER PAGE - 9 (CORRESPONDENCE)<br>03/05/2004 | ARCH |

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Amount | | Ref # |
|--------|-----------|------|-----|-----|------|--------|---|-------|

**Tcode 792 MILEAGE @ .50 PER MILE**

| | | | | | | | | |
|--------|-----------|------|-----|-----|------|--------|---|-------|
| 768.0021 | 12/07/2004 | 47 | A | 792 | | 50.40 | 126 MILES @ .40 PER MILE TO/FROM VALLEJO ON 12/07/04 FOR DEPOSITION<br>CITY OF VALLEJO<br>SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | ARCH |
| 768.0021 | 02/28/2007 | 47 | P | 792 | 0.500 | 50.00 | 100 MILES @ .50 PER MILE TO/FROM STOCKTON ON 02/28/07 FOR DEPOSITION<br>CITY OF VALLEJO<br>SALVATTO, LATEACHEEAH V. COUNTY OF SOLANO | 213 |

**EXPENSE VOUCHER**

FILE _Salvatto v City of Vallejo_   NO. _768 - 21_

| Date | Travel To | Via | For | Return |
|------|-----------|-----|-----|--------|
| 12/7/04 | VALLEJO | | DEPO | 12/7 |

Mileage .............. 126.5 + .......... $ 1/05

Meals ............... (cash) ........... $ 8.14 /05

Lodging .................................. $ _____

Misc. .................................... $ _____

Entertainment (Specify) .................. $ _____

To Case

TOTAL $ _____

REMARKS:

_Deposition of Dr. AARON MELTZER_

_John Whitele..._

☐ Charge Office

☐ Charge File

☐ Pay Atty _____

| From: | Date Paid: 1/05 8.14 |
|-------|----------------------|
| Approved. | Check No: |

---

GUEST  JOHN

**************  Eat In  **************
Rubio's Fresh Mexican Grill
173 Plaza Dr. #10
Vallejo, Ca,
Tel (07) 557 1111

.58
.56
.14
0.00

Ca...
Che...
Cashier: ...oodruff        Register:3
12/7/04                    1:51:26 PM

Order #:  573455
        THANK YOU!

We value your comments! Call us at...
    1 (800) 354-4199

**EXPENSE VOUCHER**

FILE _Salvatto v City of Vallejo_ NO. _768-21_

| Date | Travel To | Via | For | Return |
|------|-----------|-----|-----|--------|
| 2/28/07 | Stockton | | Depo | 2/28 |

Mileage .......... _100 miles Rt_ $ _3/07_

Meals ........... _Cash - No Rec._ $ _7.42_ _3/07_

Lodging ................................ $ _____

Misc. ................................... $ _____

Entertainment (Specify) ................ $ _____

_To Case_   TOTAL $ _____

**REMARKS:** _Opposition of Ds expert_
_Jared Zwickey_

_John Whitefleet_

| ☐ Charge Office | From: | Date Paid: 3/07 |
|------------------|-------|------------------|
| ☑ Charge File | | 7.42 |
| ☐ Pay Ally ___ | Approved _ᴎ_ | Check No: |

**EXPENSE VOUCHER**

FILE _Salvatto v City / Vallejo_   NO. _768-21_

| Date | Travel To | Via | For | Return |
|------|-----------|-----|-----|--------|
| 2/21/07 | Long Beach | | Depo | 2/21 |

airplane

Mileage ...... (CC) ........ $ _254.80_ 3/07

Meals ........ (CC) ........ $ _12.32_ 3/07

shuttle
~~Lodging~~ ........ (CC) ........ $ _58.00_ 3/07

parking
Misc ........ (CC) ........ $ _12.00_ 3/07

drinks/other
~~Entertainment (Specify)~~ (cash) No Rec. ...... $ _15.55_ 3/07

TOTAL $ _____

To Case

**REMARKS:**

Deposition of TT's expert
in Long Beach

John Whitefeet

| | From: | Date Paid: 3/07 |
|---|-------|-----------------|
| ☐ Charge Office | | 15.55 |
| ☐ Charge File | | |
| ☐ Pay Ally ____ | Approved | Check No: |

```
                HMSHost
              CPK ASAP T1
        Los Angeles Int'l Airport

      1339 Kingkan
      ------------------------------------
      CHK 3487 FEB21'07  3:05PM  GST 1
      ------------------------------------

        1 PEPPERONI PIZZA        8.99
        1 Xtra 22oz SODA F       2.39

          Subtotal              11.38
          Tax                    0.94
          Amt Paid          12.32
          XXXXXXXXXXXXX6071    XX/XX
          VISA      AO 4*      12.32

      Your order number is
```

```
  Sacramento Int'l
      Airport

Card Account : XXXXXXXXXXXX6071
Card Type : Visa
Authorization Code : 083438

Customer : 20   Seq # 34614
License Plate : XX NOPLATE
Entry 15:22 02/21/07 Lane 39
Exit 15:56 02/21/07 Lane 58

        FEE $    12.00
  AMOUNT TEND $  12.00
       CASH $     0.00
 CREDIT CARD $   12.00
      CHECK $     0.00
 CHANGE DALL $    0.00

  PAID AT CT  $  12.00
    Taxes Included

### Start Calculation Details ###

  1 Day(s) @$12.00 = $12.00

### End Calculation Details ###

     ### Thank You ###
```

## SuperShuttle®

**TRIP RECORD**

Pass. Name  JOHN WHITTLEET

Company _____

Address/Bldg.  201 E GLEN 4

City LOS FEICL  Zip 9080?

Conf./Acct.#  734 4764

From: LOS FEICL  To: LAX

# Pass.  (1)

| | Method of Payment |
| Fare $ 29.00 | CREDIT CARD |
| Tip $ | DIRECT BILL |
| | CASH RECEIPT |
| Total $ 29.00 | PREPAID |

Driver No. 70116   Date 2/21/07

X _____
Customer Signature here authorizes Direct Bill or Credit Card Charge
WHITE: SuperShuttle    YELLOW: SuperShuttle    PINK: Customer Copy

## John R. Whitefleet

**From:** Southwest Airlines [SouthwestAirlines@mail.southwest.com]
**Sent:** Tuesday, February 20, 2007 11:38 AM
**To:** John R. Whitefleet
**Subject:** Ticketless Confirmation - WHITEFLEET/JOHN - CX6X5V



Receipt and Itinerary as of 02/20/07 1:38 PM

### Confirmation Number
### CX6X5V

Confirmation Date: 02/20/07
Received: JOHN WHI



Check In Online

### Passenger Information

| Passenger Name | Ticket# | Account Number |
|---|---|---|
| WHITEFLEET/JOHN | 526-2372819156-5 | 00000206453763 |

### Itinerary:

| Date | Flight | Routing Details |
|---|---|---|
| Wed Feb 21 | 2717 | Depart SACRAMENTO CA (SMF) at 7:10 AM |
| | | Arrive in LOS ANGELES INTL (LAX) at 8:30 AM |
| Wed Feb 21 | 602 | Depart LOS ANGELES INTL (LAX) at 4:35 PM |
| | | Arrive in SACRAMENTO CA (SMF) at 5:50 PM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 217.68 |
| Tax | $ 23.12 |
| PFC Fee | $ 9.00 |
| Security Fee | $ 5.00 |

**Total Payment: $254.80**

Current payment(s)
02/20/07 VISA xxxxxxxxxxxx6071 Ref 526-2372819156-5 $254.80

### Fare Rule(s)

Valid only on Southwest Airlines. All travel involving funds from this Confirm no. must be completed by 02/20/08. Any change to this itinerary may result in a fare increase.

Fare Calculation:

ADT- 1 SMFWNLAX YL 117.00 LAXWNSMF YL 117.00 $234.00 ZP6.80 XFSMF4.50 LAX4.50
AYSMF2.50 LAX2.50 $254.80

**John R. Whitefleet**

**From:** info@airportshuttles.com
**Sent:** Tuesday, February 20, 2007 11:55 AM
**To:** John R. Whitefleet
**Subject:** AirportShuttles.com Reservation 7344764, 7344765

Driver will require either the voucher or the confirmation number below for pick up.

Travel Confirmation: 02/21/2007: 7344765
02/21/2007: 7344764

Itinerary #: AS2147494213

To print your voucher, review the cancellation policy, or view vehicle information, please click on the following link:

http://www.airportshuttles.com/cgi-bin/rates.pl?_cgifunction=getres&res=.%05%CF%11%CE%2A%E8%FC%97M

Thank you for booking your transportation with AirportShuttles.com. The information below contains the details of your itinerary. Please review it to make sure all information is accurate.

Transportation Reserved: Your credit card has been charged in full. If your plans change, you must cancel or change your transportation reservation in advance in accordance with both AirportShuttles.com and transportation provider cancellation policies to avoid a no-show charge. Please refer to the conditions and cancellation policy listed in the link above. You may make changes by calling 954-742-0947 between the hours of 9am and 5pm EST Monday through Friday. If you need to cancel or make changes outside of these hours please refer to the dispatch number below.

Reservation Summary:

Name: johnw whitefleet

E-mail: jwhitefleet@pswdlaw.com

Contact phone: 9168327558

Reservation Summary:

Company: SuperShuttle

Reservation rate: 58.00

Reserved under the name: johnw whitefleet

Pick up location: AIRPORT: LAX FLIGHT: WN 2717

Drop off location: Long Beach Convention Center, 300 E Ocean Blvd  LONG BEACH CA, 90802

1

Pick up date & time: 02/21/2007 08:30am

Returning date & time (if round trip): 02/21/2007 1:55pm-2:10pm FLIGHT: WN 602

Vehicle type: Share Ride Van

Number of passengers: 1 Adults / 0 Child

Taxes & service fees: $0.00

Gratuity: $0.00 (if no gratuity is added please don't forget to tip the driver)

Total amount charged to credit card: $58.00


Wheelchair Accessible: No

Additional Information: Number of bags:
Major cross streets:
If pick-up from airport, please provide originating city: Sacramento


To reach dispatch or if you need to cancel or modify a reservation after hours call:

Company: SuperShuttle - Dispatch Contact: 800-258-3826 Directions:  After collecting
luggage, proceed to the outer curb under the Orange sign that says "Van Shared Ride", look
for the SuperShuttle curb coordinator.


Transportation Summary:

If you have questions about your reservation, you can call us at 954-742-0947 or email us
at info@airportshuttles.com - We'll respond within 24 hours. Our phone support is
available Monday through Friday 9am to 5pm EST. For after hour assistance please refer to
the dispatch number listed above.


Unless specified otherwise, rates are quoted in US dollars. Even though most providers
include incidental service fees in the reservation, the price shown above MAY NOT include
any applicable incidental service fees (such as tolls, parking fees, airport tax,
destination changes and mini bar snacks etc.) The transportation provider will assess
these fees, charges, and surcharges upon completion of your trip.


Thank you for choosing AirportShuttles.com

2

# AirportShuttles.com 🚌
### Any vehicle at anytime. Guaranteed.™

*Sign up for our monthly newsletter and find the latest in travel new*

HOME • ABOUT US • PRIVACY POLICY • FAQ'S • CONTACT US

| HOME | HOTEL ROOMS | AIRFARE | CAR RENTALS | CUSTOMER |

---

**The driver will require this voucher or the confirmation number below for pick up.**
**You can print this page by clicking here.**

Thank you for booking your transportation with AirportShuttles.com. The information below contains the details of your itinerary. Please review this voucher to make sure all the information is accurate.

**Travel Confirmation:   02/21/2007: 7344765**                    **Itinerary #: AS2147494213**
**02/21/2007: 7344764**

**Transportation Reserved:** Your credit card has been charged in full. If your plans change, you must cancel or change your transportation reservation in advance in accordance with both AirportShuttles.com and transportation provider cancellation policies to avoid a no-show charge. Please refer to the conditions and cancellation policy listed below. You may make changes by calling 954-742-0947 between the hours of 9am and 5pm EST Monday through Friday. If you need to cancel or make changes outside of these hours please refer to the dispatch number below.

## Reservation Summary:

**Main Contact:**
Name: johnw whitefleet
Email: jwhitefleet@pswdlaw.com
Contact phone: 9168327558

**Reservation Summary:**
Company: SuperShuttle
Reservation rate: 58.00
Reserved under the name: johnw whitefleet
Pick up location: AIRPORT: LAX FLIGHT: WN 2717
Drop off location: Long Beach Convention Center, 300 E Ocean Blvd LONG BEACH CA, 90802
Pick up date & time: 02/21/2007 08:30am
Returning date & time (if round trip): 02/21/2007 1:55pm-2:10pm FLIGHT: WN 602
Vehicle type: Share Ride Van
Number of passengers: 1 Adult(s) / 0 Under 3 years old

| | |
|---|---|
| Taxes & service fees | 0.00 |
| Gratuity (if no gratuity is added please don't forget to tip the driver) | 0.00 |
| Total amount charged to credit card | $58.00 |

**Wheelchair Accessible:** No

**Additional Information:** Number of bags:
Major cross streets:
If pick-up from airport, please provide originating city: Sacramento

**To reach dispatch or if you need to cancel or modify a reservation after hours call:**
Company: SuperShuttle - Dispatch Contact: 800-258-3826 Directions: After collecting luggage, proceed to the outer curb under the Orange sign that says "Van Shared Ride", look for the SuperShuttle curb coordinator.

**Case Name:**   **Salvatto, et al. v. County of Solano, et al.**
**Case No.:**     **USDC EDCA No. CIV S-04-0163 WBS GGH**

## DECLARATION OF SERVICE

I am a citizen of the United States and employed in Sacramento County, California; I am over the age of 18 years and not a party to the within action; my business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On the date below I served the attached:

## BILL OF COSTS

__XX__  **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

___  **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the office of the person(s) listed above.

___  **BY OVERNIGHT DELIVERY:** I caused such document to be delivered by overnight delivery to the office of the person(s) listed above.

___  **BY FACSIMILE:** I caused such document to be transmitted by facsimile machine to the office of the person(s) listed above.

addressed as follows:

Jeffrey Fletcher, Esq. SBN# 142464
Attorney at Law
U.S. Bank Plaza
980 Ninth Street, 16h Floor
Sacramento, California 95814

Frederick G. Soley
City Attorney
Alesia Jones-Martin
Assistant City Attorney
CITY OF VALLEJO
555 Santa Clara Street
P.O. Box 3068
Vallejo, California 94590-5934

I declare under penalty of perjury that the foregoing is true and correct and was executed on April 5, 2007, in Sacramento, California.

Cynthia Romero

LAW OFFICES OF
PORTER, SCOTT,
WEIBERG & DELEHANT
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

00260243.WPD