1  **PORTER | SCOTT**
   A PROFESSIONAL CORPORATION
2  Terence J. Cassidy, SBN 099180
   John R. Whitefleet, SBN 213301
3  350 University Ave., Suite 200
   Sacramento, California 95825
4  TEL: 916.929.1481
   FAX: 916.927.3706
5
   FREDERICK G. SOLEY, SBN 100270
6  City Attorney
   ALESIA JONES-MARTIN, SBN 154420
7  Assistant City Attorney
   CITY OF VALLEJO
8  555 Santa Clara Street
   P.O. Box 3068
9  Vallejo, CA 94590-5934
   Telephone: (707) 648-4545
10 Facsimile: (707) 648-4687

11 ATTORNEYS FOR Defendants CITY OF VALLEJO, THOMAS LIDDICOET, KEVIN
   MCCARTHY, KELLY SCHROEDER, WILLIAM CLARK and JOHN WHITNEY
12

13

14              UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16

| 17 | LATEACHEEAH G. ANDERSON SALVATTO, and RICHARD SALVATTO, individually and as guardians for JAMAL THROWER, a minor | Case No.: CIV S-04-0163 WBS GGH |
|---|---|---|
| 18 | | EX PARTE APPLICATION FOR ORDER FOR EXAMINATION OF JUDGMENT DEBTOR; DECLARATION OF JOHN R. WHITEFLEET; AND ~~PROPOSED~~ ORDER |
| 19 | Plaintiffs, | |
| 20 | vs. | |
| 21 | | |
| 22 | COUNTY OF SOLANO, CITY OF VALLEJO, COUNTY OF SOLANO SHERIFF'S DEPARTMENT, LIEUTENANT LIDDICOET, OFFICER K. MCCARTHY, VALLEJO POLICE DEPARTMENT, WATCH COMMANDER K. SCHROEDER, CORPORAL B. CLARK, OFFICER WHITNEY, | Date:  To be assigned<br>Time:  To be assigned<br>Dept.: 8th Floor, Courtroom 24<br>Judge: Gregory G. Hollows |
| 26 | Defendants. / | |

27 ///

28

                                    1
   **EX PARTE APPLICATION FOR ORDER FOR EXAMINATION OF JUDGMENT DEBTOR;
   DECLARATION OF JOHN R. WHITEFLEET; AND PROPOSED ORDER**
   00623904.WPD

Defendant and judgment creditor CITY OF VALLEJO hereby submit the following Ex Parte Application for Order for Examination of Judgment Debtor, Plaintiffs LATEACHEEAH G. ANDERSON SALVATTO and RICHARD SALVATTO.

On August 21, 2007, this Court issued an Order awarding costs of $5,655.66 in favor of Defendants CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, Officers LIDDICOET, MCCARTHY, SCHROEDER, CLARK, and WHITNEY. On January 25, 2008, this Court issued an Abstract of Judgment in the total amount of $5,655.66 against the Plaintiffs. To date Plaintiffs have failed to pay the judgment.

WHEREFORE, Defendant and judgment creditor CITY OF VALLEJO requests this Court to grant this Ex Parte Application in requiring LATEACHEEAH G. ANDERSON SALVATTO and RICHARD SALVATTO to appear before this Court at a time and place specified in the order, to furnish information to aid in enforcement of the money judgment.

Dated: November 25, 2008         PORTER SCOTT
                                 A PROFESSIONAL CORPORATION


                         By:     /s/ John R. Whitefleet
                                 Terence J. Cassidy
                                 John R. Whitefleet
                                 Attorneys for Defendants
                                 CITY OF VALLEJO, THOMAS LIDDICOET,
                                 KEVIN MCCARTHY, KELLY SCHROEDER,
                                 WILLIAM CLARK and JOHN WHITNEY

**EX PARTE APPLICATION FOR ORDER FOR EXAMINATION OF JUDGMENT DEBTOR; DECLARATION OF JOHN R. WHITEFLEET; AND PROPOSED ORDER**

00623904.WPD

1 **PROPOSED ORDER**

2 Application having been made, on behalf on defendant and judgment creditor, CITY
3 OF VALLEJO.

4 IT IS HEREBY ORDERED that the application be, and hereby is, granted and that
5 you, LATEACHEEAH G. ANDERSON SALVATTO and RICHARD SALVATTO, the
6 Plaintiffs and judgment debtors, be and appear before this court in department 24 of the
7 above entitled court on January 15, 2009, at 10:00 a.m. and then and there furnish
8 information to aid an enforcement of the money judgment entered against you in the above
9 entitled action.

10 NOTICE TO JUDGMENT DEBTOR.  If you fail to appear at the time and place
11 specified in this order, you may be subject to arrest and punishment for contempt of court and
12 the court may make an order requiring you to pay the reasonable attorney's fees incurred by
13 the judgment creditor in this proceeding.

14 **IT IS SO ORDERED.**

15 Date: Dec 15, 2008

**GREGORY G. HOLLOWS**
16 _____
Honorable Gregory G. Hollows
United States Magistrate Judge

---
4
EX PARTE APPLICATION FOR ORDER FOR EXAMINATION OF JUDGMENT DEBTOR;
DECLARATION OF JOHN R. WHITEFLEET; AND PROPOSED ORDER

00623904.WPD