1 | **PORTER | SCOTT**
A PROFESSIONAL CORPORATION
2 | Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
3 | 350 University Ave., Suite 200
Sacramento, California 95825
4 | TEL: 916.929.1481
FAX: 916.927.3706
5 |
6 | FREDERICK G. SOLEY, SBN 100270
City Attorney
ALESIA JONES-MARTIN, SBN 154420
7 | Assistant City Attorney
CITY OF VALLEJO
8 | 555 Santa Clara Street
P.O. Box 3068
9 | Vallejo, CA 94590-5934
Telephone: (707) 648-4545
10 | Facsimile: (707) 648-4687

11 | ATTORNEYS FOR Defendants CITY OF VALLEJO, THOMAS LIDDICOET, KEVIN MCCARTHY, KELLY SCHROEDER, WILLIAM CLARK and JOHN WHITNEY
12 |
13 |
14 |                   **UNITED STATES DISTRICT COURT**
15 |                   **EASTERN DISTRICT OF CALIFORNIA**
16 |

| | |
|---|---|
| LATEACHEEAH G. ANDERSON SALVATTO, and RICHARD SALVATTO, individually and as guardians for JAMAL THROWER, a minor | Case No.: CIV S-04-0163 WBS GGH |
| | **ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** |
| Plaintiffs, | |
| vs. | |
| COUNTY OF SOLANO, CITY OF VALLEJO, COUNTY OF SOLANO SHERIFF'S DEPARTMENT, LIEUTENANT LIDDICOET, OFFICER K. MCCARTHY, VALLEJO POLICE DEPARTMENT, WATCH COMMANDER K. SCHROEDER, CORPORAL B. CLARK, OFFICER WHITNEY, | |
| Defendants. / | |

///

1
**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

00639573.WPD

1  WHEREAS, a judgment was entered in favor of Defendants CITY OF VALLEJO, THOMAS LIDDICOET, KEVIN MCCARTHY, KELLY SCHROEDER, WILLIAM CLARK and JOHN WHITNEY in the sum of $5,655.66 on August 21, 2007, against Plaintiffs LATEACHEEAH G. ANDERSON SALVATTO, and RICHARD SALVATTO, in the Office of the Clerk of the United States District Court for the Eastern District of California.  An Abstract of Judgment was recorded with the County of Solano under Doc # 200800097401.

WHEREAS, the Judgment has been fully satisfied by the Plaintiffs/Debtors in the amount of $5,655.66.

THEREFORE, the Clerk of the United States District Court, Eastern District of California, is hereby requested to satisfy and cancel the Judgment of record.

Dated: January 8, 2009                    PORTER SCOTT
                                          A PROFESSIONAL CORPORATION


                                   By:    /s/ John R. Whitefleet
                                          Terence J. Cassidy
                                          John R. Whitefleet
                                          Attorneys for Defendants
                                          CITY OF VALLEJO, THOMAS LIDDICOET,
                                          KEVIN MCCARTHY, KELLY SCHROEDER,
                                          WILLIAM CLARK and JOHN WHITNEY

1 | Case Name: **Salvatto, et al. v. County of Solano, et al.**
Case No.:    USDC EDCA No. CIV S-04-0163 WBS GGH

## DECLARATION OF SERVICE

I am a citizen of the United States and employed in Sacramento County, California; I am over the age of 18 years and not a party to the within action; my business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On the date below I served the attached:

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

 XX   **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

\_\_\_   **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the office of the person(s) listed above.

\_\_\_   **BY OVERNIGHT DELIVERY:** I caused such document to be delivered by overnight delivery to the office of the person(s) listed above.

\_\_\_   **BY FACSIMILE:** I caused such document to be transmitted by facsimile machine to the office of the person(s) listed above.

addressed as follows:

LaTeacheeah G. Anderson Salvatto and
Richard Salvatto
1114 Vervais Avenue
Vallejo, CA 94591

I declare under penalty of perjury that the foregoing is true and correct and was executed on January 8, 2008, in Sacramento, California.

/s/ Ramina Nurullina
Ramina Nurullina