IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LA TEACHEEAH G. ANDERSON
SALVATTO, et al.,

      Plaintiffs,               CIV. NO. S- 04-0163 WBS GGH

    vs.

COUNTY OF SOLANO, et al.,

      Defendants.            ORDER
_____/

        Defendants have filed a request to vacate this court's order of December 15, 2008, requiring a judgment debtor examination on January 15, 2009, based on satisfaction of the judgment.

        Good cause appearing, IT IS ORDERED that the order filed December 15, 2008, for examination of judgment debtors, (docket #83), is vacated.

DATED: January 26, 2009

                          /s/ Gregory G. Hollows
                        _____
                        GREGORY G. HOLLOWS
                        U. S. MAGISTRATE JUDGE

GGH:076:Salvatto0163.vac.wpd